United States District Court

Western District of Kentucky

1983 & Bivens  Summary Judgement

```
FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: _____Oct 15, 2025_____
```

Delaina Carol Wilson

Vs.

Eastern Kentucky DOJ

Kentucky AG                    Case No. 3:25CV-671-RGJ

University of Kentucky Healthcare

Eastern State Hospital

Eastern State Hospital Administrator

Kentucky Sheriff's Department

This motion for a summary judgement is extensive and contains a lot of information that shows the actions taking place with the civil rights violations were done to deliberately cause harm. Threats, Tampering with evidence: concealing, destroying, altering, or falsifying documents. False statements meant to mislead investigators by intentionally omitting relevant information, concealing material facts, creating a false impression, and knowingly submitting or inviting reliance on physical evidence that is false, forged, or altered. Abuse of power to prevent or obstruct compliance by others with an investigator or judicial proceeding occurred as well. The Eastern Kentucky DOJ has received a statement of intent as well as the Kentucky AG and the state was notified and a claim was filed with the Ky Board of claims and rejected and dismissed with prejudice.  Two Sheriff's Departments did not even file a response.

Pro se complaints are held to a less stringent standard than those drafted by attorneys. Gordon v. Leeke, 574 F.2d 1147, 1151 (4th Cir. 1978). A federal district court is charged with liberally construing a complaint filed by a pro se litigant to allow the development of a

potentially meritorious case. Erickson v. Pardus, 551 U.S. 89, 94 (2007). In evaluating a pro se complaint, the plaintiff's allegations are assumed to be true. Merriweather v. Reynolds, 586 F. Supp. 2d 548, 554 (D.S.C. 2008). The mandated liberal construction afforded to pro se pleadings means that if the court can reasonably read the pleadings to state a valid claim on which the plaintiff could prevail, it should do so. Nevertheless, the requirement of liberal construction does not mean that the court can ignore a clear failure in the pleading to allege facts that set forth a claim currently cognizable in a federal district court. With extreme phone services and obstruction occurring with email theft and illegal transfer of my device to someone elses account, I hope this information is sufficient enough to show to that these matters due require a judgement to be given and that all options were exhausted before this filing. No attempts to settle these matters have been made or offered but court records show they have concealed federal crimes and some have participated in a multi state fraud scandal.

The Court must grant a motion for summary judgment "if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a). A moving party must point to specific portions of the record that "it believes demonstrate the absence of a genuine issue of material fact.

- **No genuine issue of fact:** The most important facts of the case are not in dispute.

- **Entitlement to judgment as a matter of law:** The undisputed facts, when viewed in light of the applicable law, make it clear that one party must prevail.

- **Evidence:** Motions are supported by evidence, not just arguments.

Beginning in 2022, the Department of Justice started an investigation into the Commonwealth of Kentucky and primarily focused on the Western district of Kentucky. A thorough and independent investigation was conducted. They gathered information directly from community members, interviewed police and local officials, gathered information from observing officer activities through ride-alongs and other means, and reviewed documents and specific incidents that were relevant to the investigation. They ask that individuals with information relevant to this matter can contact the department by emailing Community.Kentucky@usdoj. I did contact them and gave a statement on my experience with law enforcement misconduct , fraud and Civil Rights violations.

At the conclusion of the investigation, on August 27th 2024, the division issued a public report detailing the findings and they included in the statement, if you were involved in this matter you may possibly pursue a 1983 etc.

 FINDINGS

After an extensive investigation, the United States Department of Justice (DOJ) concludes there is reasonable cause to believe that the Commonwealth of Kentucky violates Title II of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12132, by failing to provide services to individuals with serious mental illness in the Louisville/Jefferson County Metro area ("Louisville") in the most integrated setting appropriate to their needs.

Each year, thousands of people are admitted to psychiatric hospitals in Louisville, and more than a thousand people experience multiple admissions. Many people spend more than a month out of their year in psychiatric hospitals. These hospitals are highly restrictive, segregated settings in which people must forego many of the basic freedoms of everyday life. Admission to these institutions can be traumatizing, and it can upend the lives of people who experience them and affect and destroy families. With the right community-based services, many of these hospitalizations could be prevented.

The DOJ frequently uses the evidence and findings from its investigations to justify initiating a grand jury indictment in a criminal case. Recent reports note a growing judicial skepticism toward the DOJ's reliability, with some judges questioning the "presumption of regularity" traditionally afforded to the government's assertions. This has led to some courts taking a "close look" at government actions and policies. I believe that the courts rely heavily on DOJ investigation results and the results of factual information discovered through investigations which can be used to convict or punish citizens, officers or even officials for their wrongful behavior and sometimes participation in matters that are the results of their collaborative efforts to be negligent in their duties, be a willing participant into fraud and organized crimes. Over the past few years, several investigations have occurred in Ky. where it has been made public that Federal Lawsuit Filings have revealed Kentucky's Predatory and Unconstitutional Medical Debt Collection Scheme such as :

(A) A court ordered UK to repay patients for improperly referred debts to the Kentucky Department of Revenue

(B) An investigation into a separate, unrelated, $72 million settlement from a qui tam lawsuit involving hospitals and labs in Kentucky has concluded.

(C) The state of Kentucky's Medicaid program experienced significant losses of approximately $1 billion due to errors in payments, not fraud, according to State Auditor Allison Ball and of course the results of the DOJ investigation released on

August 27th 2024 in which it states unnecessary placements occurred repeatedly and sometimes for extended periods of time primarily in Louisville but it's a Commonwealth issue.

Abbasi set the stage for the Supreme Court's most recent Bivens case, Egbert v. Boule, 142 S. Ct. 1793 (2022), in which the Court solidified its instructions to the federal courts: only cases that present facts virtually identical to Bivens, Davis, or Carlson are allowed to proceed against federal employee defendants. While Egbert is good news for federal employees, the case still allows plaintiffs to file Bivens-style lawsuits requiring federal employees to defend against them.

In my experiences, I discovered what appears to be unqualified individuals acting in official capacity at multiple places. These places include the hospital, hospital administration , DOJ, and Ky AG. Breaches of fundamental duties occurred on multiple occasions, denials and refusals continued which were not only Civil Rights violations and healthcare fraud being reported it also involved financial crimes and altered government records. Basically, experiences that are not common or typical or expected to occur or be continued by government officials and employees. There is no excuse that can be given to a victim who has lost a loved one or lost their home or loss of normal life to government abuse and corruption. These reoccurring excuses  of why they acknowledge misconduct and identity theft and fraud  but are not going to investigate supports my allegations that its very concerning and possible that some of these matters have been planned out and deliberate.

As a citizen in Kentucky whom has never had any type of mental illness, health issues or medical issues that would require a hospital setting such as Eastern State hospital, the fact that the Commonwealth of Kentucky and USDOJ has practices that allows normal citizens to be illegally placed in a setting such as this on multiple occasions, was beyond incomprehensible to me. I was illegally placed there and kept there for extended periods of time on 3 occasions and could not understand why anyone acting under the color of law thought this was acceptable. The first visit, I had a head injury in which I had a concussion which was received in a fall at my home. The counselor upon my arrival, stated that I didn't meet criteria however, the doctor would need to see me as well and make a decision. The doctor and others possibly could be a player in this healthcare fraud scandal due to the fact, that physical injuries do not require a mental hospital setting and financial reasons due not either.  These unnecessary placements required me to seek a doctor and it required medication that was needed for the nervous breakdown that was caused by these matters. I later found out my family information was involved in a larger scandal involving healthcare fraud and falsified government records and  missing and changed financial accounts. The deliberate harm was meant to cause me to suffer Mentally, physically,

emotionally and financially. These are 100% factual allegations with supporting direct evidence that these matters that have occurred and been discovered are absolutely no mistake. The illegal placements in which I received bills for 3 unnecessary placements totaled 42,000.00 for my part due to no insurance because the matters reported in May 2020 were not properly investigated and  I consider the placements illegal if, incorrect information is used to place someone in a setting where 422 US 563 specifically states what criteria must be met and that criteria is not being followed. Financial reasons are not in the established criteria. If law enforcement had done their job as required by law and upheld their duty, they would have known, I had an identity theft alert in place as did the rest of my family due to our homes being robbed. Yes, financial crimes had occurred in which as being the account owner, it was my money and accounts that was missing and reported. My accounts at Huntington bank had been reported as fraudulent  and government complaint numbers were given to me and it was discovered that all my financial accounts had been messed with and some erased from the systems including credit cards. Eventually, due to non investigations by correct officials and state circuit judges exceeding their jurisdiction and refusing direct evidence showing the allegations used in a civil matter were indeed fraudulent and slanderous, I lost my fiduciary duty and home. The stipulations involving the home and the Special needs trust regarding my duties as trustee can be seen in the trustee handbook available on the special needs alliance website. The state and DOJ appear to have a major misconception of laws that protect citizens from fraud and abuse. In my experience, these continuing violations of  refusals to implement crime victims rights in Kentucky and the existing and current obstruction of justice shows the desperation of colluding officials and officers as well as others to continue this act of misconduct.

The Eastern Ky DOJ civil rights division continuously refused to investigate these deliberate matters as did the fbi. After these refusals and the repercussions of their actions affecting my  families lives, I requested higher authorities look into some matters because they had been reported to correct agencies and for 2 years, the state and federal agencies in Ky. had condoned harm and enabled  matters that eventually costed my dad his life and me my home and sanity. They were definitely avoidable and preventable if officers had not relied on or given false information and altered records and been so inclined to prevent justice from occurring . The government abuse and traumatic experiences in addition to this 1983 and Bivens extends to a larger scale of misconduct done with intentions of causing harm. False arrests due to a fta that was issued because law enforcement in Wolfe County and Clark County had been reluctant on giving police reports for my identity theft matters or ftc and my homeowners insurance and other government agencies. After discovering the matters involving my records, I think there is a very strong and concerning factor that could

establish that these continuing matters were premeditated in part due to in 2019-2020 when my financial accounts and identity matters started, it was possibly either going to put someone in jail for a very long time and they would lose their assets or be discovered that a government employee had altered government records to commit various crimes. My records are one of them, I thought some identity matters were happening due to online data breaches and homes being robbed and I'm 100% sure those are contributing factors in addition to the records that were changed in 2008-2009 without my knowledge. I think it shows malice and the intentions that were meant for me and my family. Tennessee had to offer their assistance in my tax situation. I filed taxes in Tennessee when I was married in 2007-2009 and since Ky wouldn't investigate bank theft, altered records and various other types of identity theft and fraud, they were very helpful and I'm awaiting some information in addition to the tax problems, the matters involving Bretagne gas and oil leases and information on the beneficiary form signed in December 21,2007 regarding mineral rights in Texas.

Agents/Officers acting under the color of law caused great humiliation, embarrassment and mental pain and suffering due to their unlawful conduct and I seek damages from each of the following parties. When a statutory protection is unavailable or inapplicable, the judicially created 1983 and Bivens doctrine can offer certain reliefs, and remedies to persons who receive injuries from a constitutional violation when there is no statutory recognition to such right. It is intended to dissuade state and federal officers from committing such violations. The courts created the Bivens doctrine by implying a cause of action and the courts can imply a right of action so the defendants do not violate the law once more, Both Section 1983 and Bivens claims allow you to recover from the government for any damages resulting from the violation of your rights including physical, mental and emotional injuries. The U.S. Commission of Civil Rights detailed remedies available for victims of police misconduct by allowing civil lawsuits against individuals to deter the misconduct. Included but not limited to these continuing patterns of civil rights violations, I kindly ask the court for monetary fees allowed for myself due to the time period of 5 years spent trying to determine what and why my information was incorrect and why law enforcement officials were not concerned about the misconduct and disturbing behavior towards me and my family was continuing. The United States DOJ as well as the Kentucky Attorney General along with the hospital administration was notified on several occasions of Civil Rights violations occurring at Eastern State Hospital and issues with law enforcement and illegal placement. In the 1975 Donaldson vs. Occonor Supreme Court decision, 422 US. 563 certain requirements must be met to be placed in a mental hospital and a ruling was made which says a state cannot constitutionally confine a non dangerous person who is capable of surviving safely in freedom by themselves. When those

requirements are not met, you cannot legally keep someone and cause mental anguish etc. This complaint is on behalf of continuing Civil Rights violations that include 4th amendment, 8th amendment violations and deliberate indifference, along with 14th amendment violations and a psychological torture and punitive psychiatry. I would like to ask the courts to include a criminal negligence and civil conspiracy against law enforcement and hospital administrators, and anyone else that participated in this cruelty. Agencies were notified of identity theft as well as a robbery at my home but never produced a police report for the ftc. or homeowner's insurance or never investigated the bank fraud that occurred. The reason this is mentioned is due to the home robbery occurring during my first visit to Eastern State Hospital where a counselor determined that I did not meet criteria for having a concussion received in a fall along with several broken bones, but they would not allow me to sign myself out. I strongly feel law enforcement played a part in this due to not receiving a police report for my ftc and homeowner's complaint as well as contributed to these additional matters where is has been discovered that there were multiple theft rings in Ky. and the nationwide Healthcare fraud scandal. These matters were easily avoidable had the correct agencies fulfilled their job duties and when they did not, here are the results.

4th amendment violations

Displays the bad faith conduct that occurred. I am referring to the Rochin v. California 342 U.S. 165 (1952), which was a case decided by the US Supreme Court that added behavior that "shocks the conscience" into tests of what violates due process clause of the 14th amendment. No state shall make or enforce any law which shall abridge the privileges or immunities of the United States; nor shall any state deprive a person of life, liberty, or property without due process of law; nor deny to any person within jurisdiction the equal protections of law. I did feel that any reason given for their bad faith breach of fundamental duty that contributed to a  psychological torture could be valid. It was a shock to me, a normal person, that matters like this could occur.

8th Amendment Violations

A). Cruel and unusual punishment received at Eastern State Hospital and the correct agencies/officers notified and the punishment continued on two more occasions after the initial report was made.

B). Involuntary treatment that has a motive for punishment was reported to both state and federal agencies

C). I did not meet criteria and it was intrusive and degrading and I have a copy of the insurance statement paid to a counselor that determined this during the month of June 2020

D). The deliberate indifference led to a nervous breakdown.

E). The harassment and mental torture received also contributed to the PTSD that I how suffer from

F). Arrest made on a fta due to an invalid, made up address of 3161 Upper Gilmore Road Hazel Green, Ky. They disregarded to contact a state or federal agency to see that an identity theft alert was placed on Delaina C. Wilson and refused to give a police report on 5 occasions for various reasons.

14th  Amendment Violations

    A)  .Violation of fundamental rights

18 USC. 241

    A)  You cannot threaten, intimidate or injure a person in the U.S. in the free exercise or enjoyment any such right or privilege secured by the Constitution.

18 USC. 242

    A)  It is a crime for a person acting under the color of law to willfully deprive a person of a righ protected by the Constitution

42 USC 1985

A), Grants a civil cause of action for damages caused by various types of conspiracies or denyin a federal right or privilege.

In addition to the supporting the principles enunciated in the Universal Declaration of Human Rights, the US is a party to three United Nations core human rights treaties.

A.) International Covenant on Civil and Political Rights

B.) Convention on the Elimination of All Forms of Racial Discrimination

C.) Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment

HHS Whistleblower Complaint 27952836

Reported the hippa violations, patient rights violations, privacy concern and the CR violations that occurred at Eastern State Hospital in Lexington, KY. The hospital administration should not have made the decision to keep someone lightly. I was kept long enough for my home to be robbed in Winchester, KY. I filed grievances and have copies and sent them to the proper authorities and received no response. Notified them health insurance fraud at ARH in West Liberty, KY. And the negligence that took place when Deweese Wilson was released with a partially collapsed lung, pneumonia, passing blond in his stool and urine and his insurance information changed from a PPO to a HMO. Also the University of Ky. Hospital was made aware in 2020 about an identity fraud alert being placed on him due to my home and his medical records being stolen. He suffers from CLL and due to the negligence that has occurred at these hospitals, I had to contact an out of state hospital to try and get information on his diagnosis. The state of Ky. Has some employees that are corrupt in there duties and have conspired and committed fraud by falsifying documents and being notified of the federal offenses that have occurred. 18 USC 241 makes it unlawful for two or more persons to agree to injure, threaten or intimidate a person in the United States in the free exercise or enjoyment of any right or privilege secured by the Constitution. This is why I reported to the DOJ, the obstruction and prevention by officials for reporting them for corruption and the intentional blocking and illegal access to my cellphone account/ new email information.

The information you have just read is true and cannot be construed as false information due to investigation results and documents of refusals and direct evidence of a larger problem. When illegal actions take place on 3 occasions, its not accidental. When collaborative efforts are being acknowledged by others that obstruction of justice is

occurring and the refusals to do their jobs and  of their breach of fundamental duties are occurring to the point peoples lives are in danger, It's a problem. Additional crimes by officials are when they are aware of the problems but willingly choose to disobey the oaths in which they take and are collaborating with another level of government t prevent and block the  Constitutional Rights of citizens in the United States of America. I am requesting treble damages due to the extreme circumstances that includes psychological torture, punitive psychiatry, continuing refusals to investigate and the continuing violations that occurred over a 5 year period that shows criminal negligence and civil conspiracy occurred and a death that was preventable occurred due to results of their inability to perform the required and necessary job duties for victims of crimes .

 Comp damages- 60 million

Loss of normal life- 30 million

Pain and suffering -60 million

Punitive damages 500 million

As well as injunctive relief

Delaina Carol Wilson

3161 Upper Gilmore Road

Campton, KY.  41301

859  539 7652

ELECTRONIC SIGNATURE      Delaina Carol Wilson

